444 F.2d 532
 Laurits Spencer HANSEN, Plaintiff-Appellant,
v.
TEXAS LOCAL BOARD NO. 5, SELECTIVE SERVICE SYSTEM et al., Defendants-Appellees.
 No. 71-1223.
 United States Court of Appeals, Fifth Circuit.
 June 25, 1971.
 
 Appeal from the United States District Court for the Western District of Texas; Jack Roberts, District Judge.
 J. W. Thomas, Jr., Temple, Tex., for plaintiff-appellant.
 Seagal V. Wheatley, U. S. Atty., Hugh P. Shovlin, Jeremiah Handy, Asst. U. S. Attys., San Antonio, Tex., for defendants-appellees.
 Before COLEMAN, SIMPSON and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966